UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

          Plaintiff,

    v.

JITENDRA PATEL, individually
and d/b/a AAA RESIDENCE INN;
ASMITA PATEL, individually
and d/b/a AAA RESIDENCE INN,

          Defendants.
                                  /

NO. CIV. S-09-834 LKK/EFB

O R D E R

    All defendants in the above-captioned case have now filed appearances in propria persona. Accordingly, pursuant to Local Rule 72-302(c)(21), this matter is REFERRED to the assigned magistrate judge for all further pretrial proceedings.

    The status conference set for June 15, 2009 is hereby VACATED.

    IT IS SO ORDERED.

    DATED: June 9, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT